UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| RACHEL ROBINSON, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| *v.* | ) | No. 1:08-cv-143 |
| | ) | *Edgar* |
| T-MOBILE and T-MOBILE, USA, INC. | ) | |
| | ) | |
|     *Defendant.* | ) | |

**ORDER**

In accordance with the accompanying memorandum opinion, the motion for summary judgment filed by Defendants T-Mobile and T-Mobile, USA, Inc. [Court Doc. No. 49] is **DENIED** in part and **GRANTED** in part. Defendant's motion for summary judgment regarding Plaintiff's claims pursuant to the Family Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.* ("FMLA") is **DENIED**. Defendant's motion for summary judgment regarding Plaintiff's claims for discrimination pursuant to the Tennessee Disability Act ("THA"), Tenn. Code Ann. §§ 8-50-103 *et seq.* is **GRANTED**. Plaintiff's claim for discrimination pursuant to the THA against Defendant is **DISMISSED WITH PREJUDICE**. The parties should be prepared to proceed to trial regarding Plaintiff's retaliation and interference claims under the FMLA.

    SO ORDERED.

    ENTER this the 28th day of September, 2009.

                                 */s/ R. Allan Edgar*
                                 R. ALLAN EDGAR
                        UNITED STATES DISTRICT JUDGE